IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID CHAPMAN**                                              **PETITIONER**

VS.                **CASE NO. 5:05CV00132 HDY**

**LARRY NORRIS, Director of the
Arkansas Department of Correction**              **RESPONDENT**

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 8th day of August, 2005.

/s/Susan Webber Wright

United States District Judge