**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DAVID CHAPMAN**                                                    **PETITIONER**

**VS.**                          **CASE NO. 5:05CV00132 HDY**

**LARRY NORRIS, Director of the
Arkansas Department of Correction**                          **RESPONDENT**


**JUDGMENT**


In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice..  The relief sought is denied.

IT IS SO ORDERED this 8th day of August, 2005.


/s/Susan Webber Wright

United States District Judge